STEWART, J.,
dissenting.
|7I respectfully dissent from the majority opinion. The circumstances surrounding the appointment of the Chief Indigent Defender, who actually performed the duties, are still unclear. Even the majority admits the supposed board meeting where the appointment was made appeared “suspect.”
This matter was originally filed as a Petition for Declaratory Judgment by Smith. Cannon filed numerous exceptions. If they had been heard, a full hearing on all the suspicious circumstances would have occurred, and the public would have known who served as the de facto Chief Indigent Defender for the period of time preceding the “suspect” board meeting.
The discretionary amendment under La. C.C.P. art. 1151 is not meant to allow the type of conversion done in this case. The trial court erred in allowing this matter to be narrowed in scope and purpose. The trial court had the inherent power to insist that these proceedings remained in a posture for a full public airing of all issues relating to the representation of indigent defenders in this jurisdiction.